1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Karin Kramer (Bar No. 87346)
2  karinkramer@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile:   (415) 875-6700

5  Attorneys for PFIZER INC.

6

7  LOPEZ MCHUGH LLP
   Matthew Ramon Lopez (Bar No. 263134)
8  mlopez@lopezmchugh.com
   100 Bayview Circle, Suite 5600
9  Newport Beach, California 92660
   Telephone: (949) 737-1501
10 Facsimile:   (949) 737-1504

11 RICHARDSON, PATRICK,
   WESTBROOK & BRICKMAN, LLC
12 Elizabeth Middleton Burke (*Pro Hac Vice*)
   bburke@rpwb.com
13 1037 Chuck Dawley Boulevard, Building A
   Mt. Pleasant, SC 29464
14 Telephone: (843) 727-6500
   Facsimile:   (843) 216-6509

15
16 Attorneys for PLAINTIFF

17

18

19            **UNITED STATES DISTRICT COURT**

20            **EASTERN DISTRICT OF CALIFORNIA**

21

22 ELIZABETH HERNANDEZ-LOPEZ,          CASE NO.: 1:13-cv-01667-AWI-MJS

23              Plaintiff,

24         v.                          **JOINT STIPULATION AND ORDER
                                        CONTINUING MANDATORY**
25 PFIZER, INC.; and DOES 1 through 10, **SCHEDULING CONFERENCE**

26 inclusive,

27              Defendants.

28

1   Defendant Pfizer Inc. ("Pfizer") and Plaintiff Elizabeth Hernandez-Lopez ("Plaintiff"),

2   through their respective counsel of record, hereby stipulate and agree as follows:

3   WHEREAS, on October 16, 2013, the Court ordered a Mandatory Scheduling Conference

4   set for January 30, 2014, at 10:00 a.m.;

5   WHEREAS, as currently scheduled, counsel for Pfizer has a conflict on January 30, 2014,

6   and is unable to take part in a scheduling conference on that date;

7   WHEREAS, Plaintiff notes that other Lipitor-related cases have been filed in other

8   jurisdictions and a plaintiff in another case has moved the Judicial Panel on Multidistrict Litigation

9   ("JPML") for Centralization and Transfer of Actions to an MDL in South Carolina;

10   WHEREAS, the JPML's hearing to determine whether to establish an MDL will be held on

11   January 30, 2014, and if an MDL is established, this case is expected to be transferred into it;

12   WHEREAS, the parties hereby stipulate and request that the Mandatory Scheduling

13   Conference be continued until after January 30, 2014, on a date that is convenient for the Court or, if

14   it is the Court's preference, pending a determination by the JPML, which is expected by the end of

15   February 2014; and

16   WHEREAS, the parties have conferred and agreed that they can both take part in a

17   scheduling conference on March 7, 2014, at 9:30 a.m., an alternative date identified by the Court,

18   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel

19   of record, that the Mandatory Scheduling Conference shall be rescheduled for **March 7, 2014, at**

20   **9:30 a.m.**, or for such later date or time that is convenient for the Court.

21

22   Dated:   January 28, 2014                    QUINN EMANUEL URQUHART
                                                   & SULLIVAN LLP

23                                               By:   /s/ Karin Kramer
                                                       Attorneys for Defendant Pfizer Inc.
24

25                                               LOPEZ MCHUGH LLP

26
                                                 By:   /s/ Matthew Ramon Lopez
27                                                     Attorneys for Plaintiff Elizabeth
                                                       Hernandez-Lopez
28

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC

By:   /s/ Elizabeth Middleton Burke
      Attorneys for Plaintiff Elizabeth
      Hernandez-Lopez

I, Karin Kramer, am the ECF User whose ID and password are being used to file this Stipulation and   Order Continuing Mandatory Scheduling Conference.   In compliance with Local Rule 131(e), I hereby attest that attorney Matthew Ramon Lopez and Elizabeth Middleton Burke have concurred in this filing.

## ORDER

The Mandatory Scheduling Conference in the above-captioned matter is now set for **March 7, 2014, at 9:30 am**.   Plaintiff shall be responsible for filing the Joint Case Management Conference Statement by **February 28, 2014**.

IT IS SO ORDERED.

Dated:   __January 28, 2014__          ____/s/ Michael J. Seng____
                                            UNITED STATES MAGISTRATE JUDGE
.