LOPEZ MCHUGH LLP
Troy Alexander Brenes (Bar No. 249776)
tbrenes@lopezmchugh.com
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Elizabeth Middleton Burke (*pro hac vice*)
bburke@rpwb.com
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

Attorneys for PLAINTIFF

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Karin Kramer (Bar No. 87346)
karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for DEFENDANT PFIZER INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Hernandez-Lopez, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 1:13-cv-01667-AWI-MJS <br><br> **ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL** |

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING TRANSFER TO MDL

1  The Court has considered the parties' Joint Motion to Stay Pending Transfer to MDL, and
2  for good cause shown therein, it is hereby ORDERED that the parties' request is GRANTED and
3  that the status conference set for March 7, 2014, is vacated.

4

5  IT IS SO ORDERED.

6
7  Dated:    February 25, 2014        /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE