2:14-mn-02502-RMG     Date Filed 02/28/14    Entry Number 8     Page 1 of 7
Case 1:13-mc-01667-AWI-MJS   Document 17   Filed 02/28/14   Page 1 of 7
Case MDL No. 2502 Document 125 Filed 02/28/14 Page 1 of 7

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*
DEPUTY CLERK

IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)

**FILED**
Feb 28, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 2502

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On February 18, 2014, the Panel transferred 42 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Richard M Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 28, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

2:14-mn-02502-RMG    Date Filed 02/28/14    Entry Number 8    Page 2 of 7
Case 2:14-mn-02502-RMG  Document 17  Filed 02/28/14  Page 2 of 7
Case MDL No. 2502  Document 126  Filed 02/28/14  Page 2 of 7

**IN RE: LIPITOR (ATORVASTATIN CALCIUM)**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION (NO. II)**                    MDL No. 2502

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 14−00051 | Banks v. Pfizer Inc. |
| ALM | 2 | 14−00053 | Grimes v. Pfizer Inc. |
| ALM | 3 | 13−00771 | Little v. Pfizer Inc. |
| ALM | 3 | 14−00052 | Worley v. Pfizer Inc. |
| ALABAMA NORTHERN | | | |
| ALN | 1 | 13−01911 | Henderson et al v. Pfizer Inc |
| ALN | 1 | 13−01916 | Woods et al v. Pfizer Inc |
| ALN | 2 | 13−01910 | Cato v. Pfizer Inc |
| ALN | 4 | 13−01914 | Snell v. Pfizer Inc. |
| ALN | 4 | 13−01917 | Taylor et al v. Pfizer Inc |
| ALN | 4 | 14−00116 | Parker v. Pfizer Inc |
| ALN | 5 | 13−01913 | Kimbrough et al v. Pfizer Inc |
| ALN | 5 | 13−01915 | Starnes v. Pfizer Inc. |
| ALN | 5 | 14−00053 | Jenkins v. Pfizer Inc |
| ALN | 6 | 14−00107 | McKinzie v. Pfizer Inc |
| ALN | 6 | 14−00108 | Jones v. Pfizer Inc |
| ALN | 7 | 13−01912 | Johnson v. Pfizer Inc |
| ALN | 7 | 13−02202 | Hawkins v. Pfizer Inc |
| ALN | 7 | 13−02292 | Carreker v. Pfizer Inc |
| ALN | 7 | 13−02293 | Shamblin v. Pfizer Inc |
| ALN | 7 | 13−02294 | Chance v. Pfizer Inc |
| ALN | 7 | 13−02295 | Pace v. Pfizer Inc |
| ALN | 7 | 13−02296 | Storey v. Pfizer Inc |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 13−00502 | Maisonet et al v. Pfizer Inc. |
| ALS | 1 | 13−00503 | Taylor et al v. Pfizer Inc. |
| ALS | 1 | 13−00504 | Robinson v. Pfizer Inc. |
| ALS | 1 | 13−00627 | Austin v. Pfizer, Inc. |

2:14-mn-02502-RMG     Date Filed 02/28/14     Entry Number 8     Page 3 of 7
Case 1:13-cv-01667-AWI-MJS   Document 17   Filed 02/28/14   Page 3 of 7
Case MDL No. 2502   Document 126   Filed 02/28/14   Page 3 of 7

### ARIZONA

| | | | |
|---|---|---|---|
| AZ | 2 | 14−00149 | Knutson v. Pfizer Incorporated |
| AZ | 3 | 13−08266 | Hatton v. Pfizer Incorporated |

### ARKANSAS WESTERN

| | | | |
|---|---|---|---|
| ARW | 5 | 14−05022 | Wiggins v. Pfizer Inc. |
| ARW | 6 | 14−06012 | Rosenberg v. Pfizer, Inc. |

### CALIFORNIA CENTRAL

| | | | |
|---|---|---|---|
| CAC | 2 | 13−07605 | Reather A Frazier v. Pfizer Inc et al |
| CAC | 2 | 13−07606 | Surekha A Baker et al v. Pfizer Inc et al |
| CAC | 2 | 13−07607 | Sharon Lott−Person et al v. Pfizer Inc et al |
| CAC | 2 | 13−08708 | Micheline J. Valenti v. Pfizer Inc |
| CAC | 2 | 14−00562 | Marsha Jackson v. Pfizer Inc et al |
| CAC | 5 | 13−01871 | Dorothy Rumph et al v. Pfizer Inc et al |
| CAC | 5 | 13−01873 | Marjorie E Schulte v. Pfizer Inc et al |
| CAC | 5 | 13−01875 | Karlene Ann Williams et al v. Pfizer Inc et al |
| CAC | 5 | 13−02314 | Cindy Cook et al v. Pfizer Inc et al |
| CAC | 5 | 13−02315 | Cheryl Heesen et al v. Pfizer Inc et al |
| CAC | 5 | 13−02326 | Johnette Manning et al v. Pfizer Inc et al |
| CAC | 5 | 13−02327 | Denise Wingett et al v. Pfizer Inc et al |
| CAC | 8 | 13−01676 | Betty Brandon v. Pfizer, Inc et al |

### CALIFORNIA EASTERN

| | | | |
|---|---|---|---|
| CAE | 1 | 13−01662 | Lopez v. Pfizer, Inc. |
| CAE | 1 | 13−01663 | Lowe v. Pfizer, Inc. |
| CAE | 1 | 13−01666 | Carole Conger et al v. Pfizer, Inc. et al |
| CAE | 1 | 13−01667 | Elizabeth Hernandez−Lopez v. Pfizer, Inc. et al |
| CAE | 2 | 13−02120 | Jones v. Pfizer, Inc. |
| CAE | 2 | 13−02130 | Rhoades v. Pfizer, Inc. |
| CAE | 2 | 14−00228 | Petersen v. Pfizer, Inc. |

### CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN | 1 | 14−00149 | Dunavant v. Pfizer Inc. |
| CAN | 3 | 13−04760 | Moody−v−Pfizer Inc. |
| CAN | 3 | 14−00354 | Bedi v. Pfizer, Inc. |
| CAN | 5 | 13−04759 | Grulick et al v. Pfizer, Inc. |

### CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 13−02571 | Sloan et al v. Pfizer Inc. et al |

### COLORADO

| | | | |
|---|---|---|---|
| CO | 1 | 14−00228 | Brooks v. Pfizer Inc. |

## FLORIDA MIDDLE

| FLM | 2 | 13−00838 | Baker v. Pfizer Inc. |
| FLM | 3 | 13−01565 | Smith v. Pfizer, Inc. |

## GEORGIA MIDDLE

| GAM | 3 | 14−00006 | BAKER v PFIZER INC |
| GAM | 4 | 13−00519 | Parker v. PFIZER INC |
| GAM | 5 | 13−00379 | RENNER v. PFIZER INC |
| GAM | 5 | 13−00381 | SHELLEY v. PFIZER INC |
| GAM | 5 | 13−00389 | SMITH v. PFIZER INC |
| GAM | 5 | 14−00013 | STEPHENS v. PFIZER INC |

## GEORGIA NORTHERN

| GAN | 1 | 13−03333 | Graham et al v. Pfizer Inc. |
| GAN | 1 | 13−03334 | Love et al v. Pfizer Inc. |
| GAN | 1 | 13−03761 | Cannata v. Pfizer Inc. |
| GAN | 1 | 13−03781 | Drains v. Pfizer Inc. |
| GAN | 1 | 13−04104 | Euyoque v. Pfizer Inc.  Received electronic transfer 2/28/14 |
| GAN | 1 | 13−04112 | Smith v. Pfizer Inc.  Received electronic transfer 2/28/14 |
| GAN | 1 | 14−00070 | Morgan v. Pfizer Inc. |
| GAN | 1 | 14−00072 | Tull v. Pfizer Inc. |
| GAN | 2 | 14−00010 | Feather v. Pfizer, Inc.  Received electronic transfer 2/28/14 |
| GAN | 3 | 13−00188 | Garrett v. Pfizer, Inc. |
| GAN | 4 | 14−00008 | Streetman v. Pfizer Inc. |

## GEORGIA SOUTHERN

| GAS | 4 | 13−00227 | King et al v. Pfizer, Inc. |

## ILLINOIS CENTRAL

| ILC | 2 | 13−02233 | Giusto v. Pfizer Inc |
| ILC | 2 | 14−02001 | Davis v. Pfizer Inc |
| ILC | 3 | 13−03413 | Wood v Pfizer Inc |

## ILLINOIS NORTHERN

| ILN | 1 | 13−07330 | Bennett v. Pfizer Inc. |
| ILN | 1 | 13−07336 | Rincon et al v. Pfizer Inc. |
| ILN | 1 | 13−07339 | Holland et al v. Pfizer Inc. |
| ILN | 1 | 13−07341 | Plume v. Pfizer Inc. |
| ILN | 1 | 13−08147 | Chadwick v. Pfizer Inc. |
| ILN | 1 | 13−08155 | De'Borah Bryant v. Pfizer Inc. |
| ILN | 1 | 13−08871 | Feemster v. Pfizer Inc. |
| ILN | 1 | 13−08880 | Richardson v. Pfizer Inc. |
| ILN | 1 | 14−00145 | Wentz v. Pfizer |
| ILN | 3 | 13−50324 | Clark v. Pfizer |

## ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 13−01060 | Burrow v. Pfizer, Inc. |
| ILS | 3 | 13−01114 | Compton et al v. Pfizer, Inc. |
| ILS | 3 | 13−01195 | Baugh v. Pfizer Inc. |

## IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 4 | 13−00501 | Berry et al v. Pfizer Inc |

## KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| ~~KYW~~ | ~~3~~ | ~~13−01175~~ | ~~Flowers v. Commissioner of Social Security~~ Vacated 2/21/14 |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 13−06147 | Triplett v. Pfizer, Inc. |
| LAE | 2 | 14−00052 | Griffith−Gills v Pfizer Inc |
| LAE | 2 | 14−00056 | Johnson v. Pfizer, Inc. |
| LAE | 2 | 14−00165 | Fields v. Pfizer, Inc. |
| LAE | 2 | 14−00194 | Cawlfield v. Pfizer, Inc. |

## LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 1 | 13−03239 | Corner v. Pfizer Inc |

## MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 14−00096 | Jennings v. Pfizer Inc. |
| MD | 1 | 14−00170 | Gaines v. Pfizer Inc. |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 13−03139 | Holman v. Pfizer Inc. |
| MN | 0 | 13−03587 | Henning v. Pfizer, Inc. |
| MN | 0 | 14−00217 | Krone v. Pfizer Inc. |

## MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 4 | 13−00240 | Pitchford v. Pfizer Inc. |
| MSN | 4 | 13−00252 | Wilson et al v. Pfizer Inc. |

## MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 13−00445 | McLeod v. Pfizer, Inc. |
| MSS | 1 | 14−00006 | Dubuisson et al v. Pfizer, Inc. |
| MSS | 1 | 14−00010 | Day v. Pfizer, Inc. |
| MSS | 2 | 13−00266 | Cole v. Pfizer Inc. |
| MSS | 2 | 14−00011 | Brown v. Pfizer Inc. |
| MSS | 3 | 14−00076 | Buckley v. Pfizer, Inc. |
| MSS | 5 | 13−00273 | Magee v. Pfizer, Inc. |

MISSOURI EASTERN

| | | | | |
|---|---|---|---|---|
| MOE | 4 | 14−00024 | Hilbert v. Pfizer Inc. | |
| MOE | 4 | 14−00160 | Howard v. Pfizer Inc. | |
| ~~MOE~~ | ~~4~~ | ~~14−00276~~ | ~~Jennings et al v. Pfizer Inc.~~ | Opposed 2/25/14 |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 14−00027 | Smith v. Pfizer Inc. |

NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 13−01855 | Grass et al v. Pfizer Inc. |
| NV | 2 | 13−01865 | Jackson v. Pfizer Inc. |
| NV | 2 | 14−00091 | Shurley v. Pfizer Inc. |

NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 13−00533 | Johnson v. Pfizer Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 13−07599 | JONES v. PFIZER INC. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 14−00024 | Parris v. Pfizer, Inc. |
| NCW | 2 | 13−00046 | Bailey v. Pfizer Inc. |
| NCW | 3 | 14−00031 | Wyks v. Pfizer, Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 13−02255 | Hockensmith v. Pfizer, Inc. |
| OHN | 1 | 13−02256 | Karolak v. Pfizer, Inc. |
| OHN | 1 | 13−02257 | Pullin et al v. Pfizer, Inc. |
| OHN | 1 | 13−02263 | Mathis et al v. Pfizer, Inc. |
| OHN | 1 | 13−02762 | Shepherd v. Pfizer Inc. |
| OHN | 1 | 14−00102 | DiCenzi et al v. Pfizer, Inc. |
| OHN | 3 | 13−02253 | Van Deusen v. Pfizer, Inc. |
| OHN | 3 | 13−02254 | Gipson v. Pfizer, Inc. |
| OHN | 4 | 13−02249 | Amolsch, et al. v. Pfizer, Inc. |
| OHN | 5 | 14−00107 | Bellon v. Pfizer Inc. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 13−00737 | Reynolds et al v. Pfizer, Inc. |
| OHS | 1 | 14−00006 | Whitener et al v. Pfizer, Inc. |
| OHS | 1 | 14−00063 | Delseno v. Pfizer Inc |
| OHS | 1 | 14−00066 | Saddler v. Pfizer Inc |
| OHS | 3 | 13−00350 | Borders v. Pfizer, Inc. |

## OREGON

| | | | |
|---|---|---|---|
| OR | 1 | 13−01841 | Maynard et al v Pfizer, Inc. |
| OR | 3 | 13−01839 | Baldwin et al v. Pfizer Inc. |
| OR | 3 | 13−01840 | Berkheiser et al v. Pfizer Inc. |

## PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14−00318 | ABDUL−AZEEZ et al v. PFIZER, INC. |

## PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 13−02561 | Walsh et al v. Pfizer Inc. |
| PAM | 4 | 14−00050 | Hess v. Pfizer Inc. |
| PAM | 4 | 14−00052 | Gordon v. Pfizer Inc. |

## PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 13−01494 | LASTORIA v. PFIZER INC. |
| PAW | 2 | 14−00063 | DRUSBASKY v. PFIZER INC. |

## TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 2 | 13−00110 | Holloway et al v. Pfizer Inc. |
| TNM | 3 | 13−01165 | Chatman v. Pfizer, Inc. |

## TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 13−03405 | Jones v. Pfizer Inc., |

## VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 14−00060 | Lee v. Pfizer Inc. |

## WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 13−01848 | Williams v. Pfizer Inc. |
| WAW | 2 | 13−01851 | Bossart v. Pfizer Inc. |
| WAW | 2 | 13−01871 | Schmill et al v. Pfizer Inc. |
| WAW | 3 | 13−05920 | Brown v. Pfizer Inc. |

## WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 1 | 14−00011 | Parsons v. Pfizer Inc. |
| WVN | 1 | 14−00014 | Strattan v. Pfizer, Inc. |
| WVN | 1 | 14−00017 | Moore v. PFIZER INC. |
| WVN | 2 | 14−00001 | Hollandsworth v. Pfizer, Inc. |
| WVN | 3 | 13−00154 | Kearnes v. Pfizer, Inc. |